UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joe L. Rowe, et al.,

v. Civil No. 01-2269(DSD/SRN)

Boys and Girls Club of America, et al.

-------------------------------

Stephanie Smith, et al.,

v. Civil No. 01-2309(JMR/FLN)

Boys and Girls Clubs of America, et al.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 01-2269(DSD/SRN) having been assigned to Judge David S. Doty and Case No. 01-2309(JMR/FLN) having later been assigned to Judge James M. Rosenbaum, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-2309(JMR/FLN) be assigned to Judge Doty, nunc pro tunc, by use of a card on the Civil Rights list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order dated April 2, 2001,

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: January 17, 2002

David S. Doty, Judge
United States District Court

Dated: January 22, 2002

James M. Rosenbaum, Judge
United States District Court

FILED JAN 2
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge David S. Doty and Magistrate Susan R. Nelson

NEW CASE INFORMATION01-2309 DSD/SRN
Use this case information for all further filings.