**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Stephanie Smith, on behalf of
Makeda Williams and Tiffanie Smith
(minor children),

Plaintiffs,

v.

Boys & Girls Clubs of America,
Boys & Girls Clubs of the Twin Cities, a/k/a,
Boys & Girls Club of Minneapolis, and
Sonya Knapper

Defendants.

Civil File No. 01-CV-2309
DSD/SRN

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

---

This Stipulation is entered into by and between Plaintiffs, Stephanie Smith on behalf of Makeda Williams and Tiffanie Smith, and Defendants Boys & Girls Clubs of America, Boys & Girls Clubs of the Twin Cities, and Sonya Knapper through their respective undersigned counsel.

It is mutually agreed and stipulated as follows:

1. That, pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, the Complaint in the above-captioned matter shall be dismissed and that such dismissal shall be without prejudice.

2. That the dismissal and entry of judgment is without costs to any of the parties.

Dated this 26 day of February, 2002.

**Felhaber, Larson, Fenlon & Voght**

BY: [signature]
Penelope J. Phillips

Dated this 30th day of January, 2002.

**WARD & WARD, L.L.C.**

BY: [signature]
Cassandra K. Ward Brown
Lateesa T. Ward

FILED 3-8-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 3-8-02
DEPUTY CLERK

601 Second Avenue South
Suite 4200
Minneapolis, MN 55402-4302
612/373-8428

**ATTORNEY FOR DEFENDANT SONYA KNAPPER**

2520 Park Avenue South
Carriage House
Minneapolis, MN 55404
612/872-1100

**ATTORNEYS FOR PLAINTIFFS**

Dated this 22nd day of February, 2002.

BY: ______________________
Craig W. Trepanier

1705 Cope Avenue
Suite B
St. Paul, MN 55109
651/777-0733

**ATTORNEY FOR DEFENDANTS BOYS & GIRLS CLUBS OF AMERICA AND BOYS & GIRLS CLUBS OF THE TWIN CITTES**

**ORDER**

The Court, having considered the above Stipulation, hereby Orders that the Complaint in the above-captioned matter is dismissed without prejudice. Such dismissal is without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated this 7th day of March, 2002.

The Honorable David S. Doty
United States District Court Judge